Form 4
(10/05)

# United States Bankruptcy Court
### District of Massachusetts

In re  **Dana M. Tower**
      **Tiffany L. Brack**
                          Debtor(s)

Case No. **07-17572-JNF**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **28 North Street, LLC**<br>**77 Mystic Avenue**<br>**Medford, MA 02155** | **28 North Street, LLC**<br>**77 Mystic Avenue**<br>**Medford, MA 02155** | **28 Stonebridge Rd Groveland, MA** | **Contingent Unliquidated Disputed** | **600,000.00 (749,900.00 secured) (1,054,863.72 senior lien)** |
| **Affordable Plmbing & Heat**<br>**PO Box 220**<br>**Tewksbury, MA 01876** | **Affordable Plmbing & Heat**<br>**PO Box 220**<br>**Tewksbury, MA 01876** | **Trade debt** | | **40,401.30** |
| **Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886** | **Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886** | **Credit card purchases** | | **10,950.95** |
| **Concord Lumber Corp**<br>**55 White STreet**<br>**Littleton, MA 01460** | **Concord Lumber Corp**<br>**55 White STreet**<br>**Littleton, MA 01460** | **28 Stonebridge Rd Groveland, MA** | **Contingent Unliquidated Disputed** | **48,000.00 (749,900.00 secured) (1,654,863.72 senior lien)** |
| **Daniel Ruggiero**<br>**10 Third Street**<br>**Chelmsford, MA 01824** | **Daniel Ruggiero**<br>**10 Third Street**<br>**Chelmsford, MA 01824** | **Loan** | | **104,000.00** |
| **Doyle Lumber Co.**<br>**43 River Rd**<br>**Andover, MA 01810** | **Doyle Lumber Co.**<br>**43 River Rd**<br>**Andover, MA 01810** | **28 Stonebridge Rd Groveland, MA** | | **218,359.72 (749,900.00 secured) (836,504.00 senior lien)** |
| **Fraser Co., Inc.**<br>**PO Box 365**<br>**Danvers, MA 01923** | **Fraser Co., Inc.**<br>**PO Box 365**<br>**Danvers, MA 01923** | **Trade debt** | | **27,195.00** |
| **Gordon Harrington&Osborn**<br>**30 Massachusetts Ave**<br>**North Andover, MA 01845** | **Gordon Harrington&Osborn**<br>**30 Massachusetts Ave**<br>**North Andover, MA 01845** | **Professional Fee** | | **16,151.18** |
| **JG MacLellan Concrete**<br>**180 Phoenix Avenue**<br>**Lowell, MA 01852-4997** | **JG MacLellan Concrete**<br>**180 Phoenix Avenue**<br>**Lowell, MA 01852-4997** | **Trade debt** | | **28,773.94** |
| **Larco Wallboard, Inc**<br>**477 Trull Road**<br>**Tewksbury, MA 01876** | **Larco Wallboard, Inc**<br>**477 Trull Road**<br>**Tewksbury, MA 01876** | **Trade debt** | | **13,884.00** |

In re **Dana M. Tower**
**Tiffany L. Brack** Case No. **07-17572-JNF**
  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mastercard** PO Box 31279 Tampa, FL 33631-3279 | **Mastercard** PO Box 31279 Tampa, FL 33631-3279 | **Credit card purchases** | | **10,154.82** |
| **Merrimack Valley Elect** 10 Third Street Chelmsford, MA 01824 | **Merrimack Valley Elect** 10 Third Street Chelmsford, MA 01824 | **Trade debt** | | **14,911.25** |
| **Peter Miranda** 100 George P. Hassett Dr. Medford, MA 02155 | **Peter Miranda** 100 George P. Hassett Dr. Medford, MA 02155 | **Loan** | | **82,000.00** |
| **Rivco Riverside Millwork** PO Box 8800 Concord, NH 03303 | **Rivco Riverside Millwork** PO Box 8800 Concord, NH 03303 | **28 Stonebridge Rd Groveland, MA** | | **32,000.00 (749,900.00 secured) (1,702,863.72 senior lien)** |
| **Rivco, Inc** PO Box 845490 Boston, MA 02284-5490 | **Rivco, Inc** PO Box 845490 Boston, MA 02284-5490 | **Trade debt** | | **28,705.34** |
| **Sharkey's Floor Covering** 1215 Main Street Claddaugh Place Tewksbury, MA 01876 | **Sharkey's Floor Covering** 1215 Main Street Claddaugh Place Tewksbury, MA 01876 | **Trade debt** | | **10,411.83** |
| **Specialty Kitchens, Inc.** 4 Hudson Park Drive Hudson, NH 03051 | **Specialty Kitchens, Inc.** 4 Hudson Park Drive Hudson, NH 03051 | **Trade debt** | | **37,422.00** |
| **T.M.E.F.C.U.** 752 Main Street Unit 6 Tewksbury, MA 01876-1836 | **T.M.E.F.C.U.** 752 Main Street Unit 6 Tewksbury, MA 01876-1836 | | | **72,230.62** |
| **Thomas Neve** 447 Boston Street Topsfield, MA 01983 | **Thomas Neve** 447 Boston Street Topsfield, MA 01983 | **28 Stonebridge Rd Groveland, MA** | | **150,000.00 (749,900.00 secured) (686,504.00 senior lien)** |
| **Tony's Floor Care Service** 353 Neponset Ave Dorchester, MA 02122 | **Tony's Floor Care Service** 353 Neponset Ave Dorchester, MA 02122 | **Trade debt** | | **10,363.00** |

In re **Dana M. Tower**
     **Tiffany L. Brack** _____  Case No. **07-17572-JNF** _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 14, 2007**       Signature  **/s/ Dana M. Tower**
                                                                    **Dana M. Tower**
                                                                    Debtor

Date  **December 14, 2007**       Signature  **/s/ Tiffany L. Brack**
                                                                     **Tiffany L. Brack**
                                                                     Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.